# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| LEROY GENE ALLEN, | |
| Plaintiff, | Case No. 2:17-cv-14213-AJT-RSW |
| v. | Honorable Judge Arthur J. Tarnow |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, LEROY GENE ALLEN ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated:       April 5, 2018

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*

>Admitted in the Eastern District of Michigan
>Sulaiman Law Group, Ltd.
>2500 S. Highland Avenue, Suite 200
>Lombard, IL 60148
>Phone (630)575-8181 x113
>Fax: (630)575-8188
>nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 5, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

>*/s/ Nathan C. Volheim*
>Nathan C. Volheim